# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR IMMIGRANT JUSTICE, *et al.*,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>　　　　Defendants. | Civil Action No. 22-3118 (CKK) |

## ORDER AND PRELIMINARY INJUNCTION
(February 1, 2023)

　　For the reasons stated in the accompanying Memorandum Opinion, it is hereby

　　**ORDERED**, that Plaintiffs' [55] Motion for Preliminary Injunction is **GRANTED IN PART AND DENIED IN PART**. It is further

　　**ORDERED**, that Plaintiff Immigration Justice Campaign and all its claims are **DISMISSED** for lack of subject matter jurisdiction. It is further

　　**ORDERED**, that with 60 days of the entry of this Order, Defendants shall ensure that the Central Arizona Florence Correctional Complex in Florence, Arizona ("Florence"): (1) installs six private, confidential attorney-client visitation rooms in which counsel may utilize translation services and physically pass documents to and from their detainee client *or* (2) installs or transfigures a ratio of 25 detainees to one telephone that block all others from listening to legal calls while in progress. Whichever course Defendants choose, it shall otherwise comply with every provision of the 2019 National Detention Standards for Non-Dedicated Facilities, as published at https://www.ice.gov/detain/detention-management/2019 as of the date of this Order. It is further

　　**ORDERED**, that, within ninety days of the entry of this Order, Defendants shall file a Notice with the Court with either a Certificate of Compliance certifying under oath that Florence is in compliance with the Court's Order *or* a detailed notice explaining steps taken so far and the current state of compliance at Florence. It is further

　　#

　　#

　　#

**ORDERED**, that a security bond for the issuance of this Order is **WAIVED** *sua sponte* pursuant to Federal Rule of Civil Procedure 65(c).

**SO ORDERED**.

Date:  February 1, 2023

                                                  /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge