**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **IMMIGRATION SERVICES & LEGAL ADVOCACY** | **CASE NO.  1:23-CV-00948** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **U S DEPT OF HOMELAND SECURITY ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**TRANSFER ORDER**

    Considering the transfer to this Court of the above-captioned action on July 18, 2023, formerly Case No. 1:22-cv-3118, United States District Court, District of Columbia,

    IT IS ORDERED that within twenty (20) days any attorney appearing as counsel of record in this action who is not presently admitted to practice before the United States District Court for the Western District of Louisiana exercise one of the following options:

    (1)    File an Application to Practice in this Court;

    (2)    File a Motion for Admission Pro Hac Vice pursuant to Local Rule 83.2.6; or

    (3)    Secure substitute counsel admitted to practice in this court for the party presently being represented.

    THUS DONE in Chambers on this ___20th___ day of ___July___, 2023.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge
