# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

IMMIGRATION SERVICES & LEGAL ADVOCACY,

    *Plaintiff*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

    *Defendants*.

No. 1:23-cv-00948-RRS-JPM

**ORDER GRANTING WITHDRAWAL AS COUNSEL** Considering the foregoing Motion to Withdraw as Counsel of Record,

 IT IS HEREBY ORDERED that Arthur B. Spitzer (DC Bar No. 235960) of the American Civil Liberties Union Foundation of the District of Columbia, Katherine H. Blankenship (FL Bar No. 1031234), Daniel B. Tilley (FL Bar No. 102882), and Janine M. Lopez (DC Bar No. 1685754) of the American Civil Liberties Union Foundation of Florida, Adriana Piñon (TX Bar No. 24089768) and Bernardo Rafael (TX Bar No. 4109774) of the American Civil Liberties Union Foundation of Texas, and Linda Dakin-Grimm (DC Bar No. 501954; DDC Bar No. CA00176), Stacey J. Rappaport (NY Bar No. 2820520), Erin Dexter (DC Bar No. 1027839), Andrew B. Lichtenberg (NY Bar No. 4881090), Joseph Kammerman (NY Bar No. 5516711), and Danielle Lee Sauer (DC Bar No. 1659736) of the law firm Milbank LLP, are withdrawn as counsel for Plaintiff Immigration Services and Legal Advocacy ("ISLA") in this proceeding.

SIGNED on ___4th___, __September__, 2023.

_____
Hon. Joseph H. L. Perez-Montes
United States Magistrate Judge