## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

To:	All Counsel of Record

Issued By:	Judge Robert R. Summerhays

Re:	Immigration Services and Legal Advocacy v. U.S. Department of Homeland Security, et al.
1:23-cv-948

Date:	May 22, 2024

## **MINUTE ENTRY**

Due to the nature of the claims involved in this suit and the relief requested, this matter is REFERRED to the Magistrate Judge for issuance of a case-specific scheduling order.