**UNITED STATES DISTICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **IMMIGRATION SERVICES AND LEGAL ADVOCACY,** | Case No.  1:23-CV-00948 |
| **Plaintiffs** | |
| | Judge Robert B. Summerhays |
| **vs.** | |
| | Magistrate Judge Joseph H. L. Perez-Montez |
| **U.S. DEPARTMENT OF HOMELAND SECURITY ET AL.,** | |
| **Defendants.** | |

<u>**MOTION TO SUBSTITUTE COUNSEL**</u>

**NOW INTO COURT** comes E. Bridget Wheeler of the ACLU of Louisiana, counsel of record for Plaintiff, Immigration Services and Legal Advocacy, who respectfully moves this Honorable Court for an order allowing her to withdraw as counsel, and substituting Charles Andrew Perry (Bar No. 40906) of the ACLU of Louisiana.

Respectfully submitted this 24th day of May, 2024.

*/s/ E. Bridget Wheeler*
*/s/ Charles Andrew Perry*
Erin Bridget Wheeler (Bar No. 37546)
Charles Andrew Perry (Bar No. 40906)
ACLU of Louisiana
1340 Poydras St, Ste 2160
New Orleans, LA 70112
(504) 522-0628
bwheeler@laaclu.org
aperry@laaclu.org

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that that on this 24th day of May, 2024, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system which will send notice to counsel of record.


*/s/ E. Bridget Wheeler*
**E. Bridget Wheeler**