UNITED STATES DISTICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **IMMIGRATION SERVICES AND LEGAL ADVOCACY,**<br>             **Plaintiffs**<br><br>vs.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY ET AL.,**<br>             **Defendants.** | Case No.  1:23-CV-00948<br><br>Judge Robert B. Summerhays<br><br>Magistrate Judge Joseph H. L. Perez-Montez |

**ORDER**

Considering the foregoing Motion to Substitute,

**IT IS ORDERED** that E. Bridget Wheeler be withdrawn as counsel for Plaintiff Immigration Services and Legal Advocacy in this proceeding.

**IT IS FURTHER ORDERED** that Charles Andrew Perry be substituted as counsel for Plaintiff Immigration Services and Legal Advocacy in this proceeding.

This _____ day of _____, 2024.

_____
**UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA**