UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| IMMIGRATION SERVICES AND LEGAL ADVOCACY,<br><br>*Plaintiff*,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**, et al.,<br><br>*Defendants*. | No. 1:23-cv-00948<br><br>Judge Robert B. Summerhays<br>Magistrate Judge<br>Joseph H. L. Perez-Montes |

**STIPULATION OF DISMISSAL**

Plaintiff Immigration Services and Legal Advocacy ("ISLA") and Defendants U.S. Department of Homeland Security, Alejandro N. Mayorkas, U.S. Immigration and Customs Enforcement, and Patrick Lechleitner[1] hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed without prejudice as to all claims, causes of actions, and parties, with each party bearing its own attorneys' fees and costs.

Dated: June 10, 2024

*/s/ Charles Andrew Perry*
Charles Andrew Perry (Bar No. 40906)
American Civil Liberties Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70112
(504) 522-0628
aperry@laaclu.org

---

[1] Under Federal Rule of Civil Procedure 25(d), Patrick Lechleitner is substituted for Tae Johnson, the former Acting Director of ICE, as a defendant because Mr. Lechleitner is now Acting Director of ICE.

*Counsel for Plaintiff Immigration Services and Legal Advocacy*

Dated: June 10, 2024

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

<u>/s/ *Jordan K. Hummel*</u>
Trial Attorney
Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-8175
Email: jordan.hummel@usdoj.gov

LAUREN E. FASCETT
WILLIAM H. WEILAND
Senior Litigation Counsel

HUY M. LE
Trial Attorney

*Counsel for Defendants*